IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW DURAN,

    Petitioner,                      No. CIV S-04-0867 GEB KJM P

    vs.

CLAUDE FINN,

    Respondent.                    ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 22, 2005 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: July 11, 2005.

                                                                              
UNITED STATES MAGISTRATE JUDGE

1/bb
dura0867.111t